# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40870
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 27, 2015

Lyle W. Cayce
Clerk

RICKEY A. CARUTHERS,

Petitioner-Appellant

v.

F. LARA, Warden,

Respondent-Appellee

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 1:14-CV-325

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Ricky A. Caruthers, federal prisoner # 16601-075, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition, which challenged the 180-month sentence imposed upon his conviction of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924. Pro se briefs are afforded liberal construction. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Nevertheless, when an appellant fails to identify any error in the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40870

district court's analysis, it is the same as if the appellant had not appealed that issue. *Brinkmann v. Dallas Cnty Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Because Caruthers has failed to brief any challenge to the reasons the district court dismissed his § 2241 petition for lack of jurisdiction, he has abandoned the critical issue of this appeal. Accordingly, the district court's judgment is AFFIRMED. All motions pending before this court are DENIED.